HILDA CANTÚ MONTOY, City Attorney
CITY OF FRESNO
By: Harvie Ruth Schnitzer #160501
2600 Fresno Street
Fresno, California 93721-3602
Telephone: (559) 498-1326
Facsimile: (559) 488-1084

Attorneys for Defendants City of Fresno and Chief Edward Winchester

LODGED
JUL 2 5 2001
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY

2001 AUG -1  P 3: 14
CLERK, US DIST. COURT
EASTERN DISTRICT OF CALIF
BY_____

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WAYNE GOLDEN, JACOB GOLDEN, JESSICA GOLDEN & HEIDI MILLER,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF FRESNO; CITY OF FRESNO; SHERIFF RICHARD PIERCE; CHIEF EDWARD WINCHESTER; DEPUTY JOHN AVILA; LT. HAGLER; DEPUTY McANDREWS; DEPUTY RICHARD KO; BUREAU OF ALCOHOL, TOBACCO & FIREARMS; AGENT GARY MAYFIELD; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CIV F 00 7173 OWW DLB<br><br>**CITY OF FRESNO'S [PROPOSED] ORDER ON DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION FOR MORE DEFINITE STATEMENT** |

The motions to dismiss and motions for more definite statement of defendants, BUREAU OF ALCOHOL, TOBACCO & FIREARMS ("BATF"), BATF Special Agent GARY MAYFIELD, and defendant COUNTY (defendants COUNTY OF FRESNO, SHERIFF RICHARD PIERCE, LIEUTENANT ROBERT HAGLER, DEPUTY RICHARD KO, DEPUTY BRET McANDREWS, DEPUTY JOHN AVILA and defendant CITY (POLICE CHIEF ED WINCHESTER)), came on regularly for hearing before this Court on May 21, 2001.

///

Having considered the papers submitted by the parties, and the arguments of counsel, and good cause appearing therefor:

### ORDER

IT IS ORDERED that defendants' motions to dismiss and motions for an order requiring a more definite statement under rule 12(e) is GRANTED as follows:

1) Plaintiff's JACOB GOLDEN and JESSICA GOLDEN's actions are DISMISSED with leave to amend.

2) Plaintiffs' complaint as to defendant MAYFIELD is DISMISSED with leave to amend.

3) Plaintiffs' complaint as to defendant PIERCE in his individual capacity is DISMISSED with leave to amend.

4) Plaintiffs' complaint as to defendant PIERCE his capacity as a policymaker is DISMISSED with leave to amend.

5) Plaintiffs' complaint as to defendant WINCHESTER in his individual capacity is DISMISSED with leave to amend.

6) Plaintiffs' complaint as to defendant WINCHESTER his capacity as a policymaker is DISMISSED with leave to amend.

7) Defendant COUNTY's motion to dismiss defendant PIERCE based on immunity as a matter of law is DENIED.

8) Plaintiffs' complaint as to the individual defendants is DISMISSED with leave to amend.

9) Plaintiffs' *Monell* claim against defendant COUNTY OF FRESNO is DISMISSED with leave to amend.

10) Plaintiffs' *Monell* claim against defendant CITY OF FRESNO is DISMISSED with leave to amend.

11) Plaintiffs' punitive damages claim against defendant COUNTY OF FRESNO is DISMISSED with prejudice.

12)   Plaintiffs' punitive damages claim against defendant CITY OF FRESNO is DISMISSED with prejudice.

13)   Defendants' Fed. R. Civ. P. 12(e) motion is GRANTED.

14)   Defendant BATF is DISMISSED with prejudice.

Plaintiffs shall have thirty (30) days from the date of service of the order on this memorandum decision to amend the complaint.

8-7-01

_____
OLIVER W. WANGER
United States District Judge

HRS:rsl[16892rsl/hrs.15]

**PROOF OF SERVICE**
CCP §§ 1011, 1013, 1013a, 2015.5
FRCP 5(b)

STATE OF CALIFORNIA, COUNTY OF FRESNO

I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action; my business address is 2600 Fresno Street, Fresno, CA 93721-3602.

On July 25, 2001, I served the document described as **CITY OF FRESNO'S [PROPOSED] ORDER ON DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION FOR MORE DEFINITE STATEMENT** on the interested parties in this action ☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list: ■ by placing ☐ the original ■ a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Kate Wells, Esq.<br>2600 Fresno Street<br>Santa Cruz, CA 95060 | James D. Weakley, Esq.<br>Weakley & Ratliff<br>1630 E. Shaw Avenue, Suite 176<br>Fresno, CA 93710 |

Dave Frost
Trial Attorney
U.S. Justice Department-Civil Dept.
P. O. Box 7146
Ben Franklin Station
Washington, D.C. 20044

■ BY MAIL    ■ I deposited such envelope in the mail at Fresno, California. The envelope was mailed with postage thereon fully prepaid.

☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Fresno, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

☐ (BY FAX) I caused the above-referenced document to be transmitted by fax to the addressee(s) at the fax number(s) shown.

☐ (BY OVERNIGHT COURIER) I caused the above-referenced envelope(s) to be delivered to an overnight courier service for delivery to the addressee(s).

Executed on July 25, 2001, at Fresno, California.

☐ (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

■ (Federal)    I declare under penalty of perjury under the laws of the United States of

1 | America that the above is true and correct and that I am employed in the
2 | office of a member of the bar of this Court at whose discretion the service was made.

3    Rhonda S. Lacy        *Rhonda S. Lacy*

United States District Court
for the
Eastern District of California
August 2, 2001

* * CERTIFICATE OF SERVICE * *

1:00-cv-07173

Golden

   v.

Fresno County

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on August 2, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

> Kate Wells                                OWW
> Law Offices of Kate Wells
> 2600 Fresno Street
> Santa Cruz, CA   95062
>
> James J Arendt
> Weakley and Ratliff
> 1630 E Shaw Ave
> Suite 176
> Fresno, CA   93710
>
> Harvie Ruth Schnitzer
> City of Fresno
> 2600 Fresno Street
> Fresno, CA   93721-3602
>
> David Morgan Frost
> US Department of Justice
> P O Box 7146
> Washington, DC   20044-7146

*[signature]*