1 | James D. Weakley (#082853)
  | James J. Arendt (#142937)
2 | THE LAW OFFICES OF WEAKLEY & RATLIFF, LLP
  | 1630 East Shaw Avenue, Suite 176
3 | Fresno, California 93710
  | Telephone: (559) 221-5256
4 | Facsimile: (559) 221-5262

5 | Attorneys for Defendants, COUNTY OF FRESNO, SHERIFF RICHARD PIERCE, ROBERT L. HAGLER, JR.; RICHARD KO; BRET P. McANDREWS; JOHN A. AVILA

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| MICHAEL WAYNE GOLDEN, JACOB GOLDEN, JESSICA GOLDEN & HEIDI MILLER, | ) CASE NO. CIV F-00-7173 OWW DLB |
|---|---|
| Plaintiffs, | ) |
| vs. | ) [PROPOSED] ORDER ON DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION FOR MORE DEFINITE STATEMENT |
| COUNTY OF FRESNO; CITY OF FRESNO; SHERIFF RICHARD PIERCE; CHIEF EDWARD WINCHESTER; DEPUTY JOHN AVILA; LT. HAGLER; DEPUTY McANDREWS; DEPUTY RICHARD KO; BUREAU OF ALCOHOL TOBACCO & FIREARMS, AGENT GARY MAYFIELD, AND DOES 1 THROUGH 50, INCLUSIVE, | ) |
| Defendants. | ) |

The motions to dismiss and motions for more definite statement of defendants, BUREAU OF ALCOHOL, TOBACCO & FIREARMS ("BATF"), BATF Special Agent GARY MAYFIELD, and defendant COUNTY (defendants COUNTY OF FRESNO, SHERIFF RICHARD PIERCE, LIEUTENANT ROBERT HAGLER, DEPUTY RICHARD KO, DEPUTY BRET McANDREWS and DEPUTY JOHN AVILA), came on regularly for hearing before this Court on May 21, 2001.

Having considered the papers submitted by the parties, and the arguments of counsel, and

///

///

1

Order

good cause appearing therefor:

## ORDER

IT IS ORDERED that defendants' motions to dismiss and motions for an order requiring a more definite statement under rule 12(e) is GRANTED as follows:

1) Plaintiffs JACOB GOLDEN and JESSICA GOLDEN's actions are DISMISSED with leave to amend.

2) Plaintiffs' complaint as to defendant MAYFIELD is DISMISSED with leave to amend.

3) Plaintiffs' complaint as to defendant PIERCE in his individual capacity is DISMISSED with leave to amend.

4) Plaintiffs' complaint as to defendant PIERCE in his capacity as a policymaker is DISMISSED with leave to amend.

5) Defendant COUNTY's motion to dismiss defendant PIERCE based on immunity as a matter of law is DENIED.

6) Plaintiffs' complaint as to the individual defendants is DISMISSED with leave to amend.

7) Plaintiffs' *Monell* claim against defendant COUNTY OF FRESNO is DISMISSED with leave to amend.

8) Plaintiffs' punitive damages claim against defendant COUNTY OF FRESNO is DISMISSED with prejudice.

9) Defendants' Fed. R. Civ. P. 12(e) motion is GRANTED.

10) Defendant BATF is DISMISSED with prejudice.

Plaintiffs shall have thirty (30) days from the date of service of the order on this memorandum decision to amend the complaint.

8-1-01

OLIVER W. WANGER
United States District Judge

2

Order

PROOF OF SERVICE

I, the undersigned, hereby certify that I am employed in the County of Fresno, State of California, over the age of eighteen years and not a party to the within action; my business address is 1630 East Shaw Avenue, Suite 176, Fresno, California 93710.

On the date set forth below, I placed in a sealed envelope and served a true copy of the within

**PROPOSED ORDER ON DEFENDANTS' MOTION
TO DISMISS FOR FAILURE TO STATE A CLAIM
AND MOTION FOR MORE DEFINITE STATEMENT**

addressed as follows:

Kate Wells
Attorney at Law
2600 Fresno Street
Santa Cruz, CA 95060
    TEL:  (831) 479-4475
    FAX:  (831) 479-4476
Attorney for Plaintiffs, MICHAEL WAYNE
GOLDEN, JACOB GOLDEN, JESSICA GOLDEN
and HEIDI MILLER

Hilda Cantu' Montoy
City of Fresno
Harvie Ruth Schnitzer, Esq.
2600 Fresno Street
Fresno, California  93721-3602
    TEL:  498-1326
    FAX:  488-1084
Attorneys for Defendants, CITY OF FRESNO and
CHIEF EDWARD WINCHESTER

David Morgan Frost
Trial Attorney
U.S. Department of Justice
P.O. Box 7146
Washington, D.C.  20044-7146
    TEL:  (202) 616-7146
    FAX:  (202) 616-4314
Attorneys for Defendants, BUREAU OF ALCOHOL,
TOBACCO AND FIREARMS and GARY
MAYFIELD

☒ BY MAIL I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited in the ordinary course of business.

I caused each envelope, with postage fully prepaid, to be placed in the United States mail, at Fresno, California.

☐ BY HAND I hand delivered each envelope from the office listed above.

☐ BY FACSIMILE    I served the above-mentioned document from Facsimile Machine No.: (559) 221-5262 to the interested parties at the facsimile numbers listed above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct, and that this proof of service was executed at Fresno, California, on July 20, 2001.

*/s/ Whitnei Leigh Dewey*
Whitnei Leigh Dewey

United States District Court
for the
Eastern District of California
August 2, 2001

* * CERTIFICATE OF SERVICE * *

1:00-cv-07173

Golden

v.

Fresno`County

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  August 2, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Kate Wells                                                OWW
Law Offices of Kate Wells
2600 Fresno Street
Santa Cruz, CA   95062

James J Arendt
Weakley and Ratliff
1630 E Shaw Ave
Suite 176
Fresno, CA   93710

Harvie Ruth Schnitzer
City of Fresno
2600 Fresno Street
Fresno, CA   93721-3602

David Morgan Frost
US Department of Justice
P O Box 7146
Washington, DC   20044-7146

W. Henman