1  James D. Weakley (#082853)
   James J. Arendt (#142937)
2  THE LAW OFFICES OF WEAKLEY & RATLIFF, LLP
   1630 East Shaw Avenue, Suite 176
3  Fresno, California 93710
   Telephone:  (559) 221-5256
4  Facsimile:  (559) 221-5262

5  Attorneys for Defendants, COUNTY OF FRESNO, SHERIFF RICHARD PIERCE,
   ROBERT L. HAGLER, JR.; RICHARD KO; BRET P. McANDREWS; JOHN A. AVILA
6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 MICHAEL WAYNE GOLDEN, JACOB      ) CASE NO. CIV F-00-7173 OWW DLB
   GOLDEN, JESSICA GOLDEN & HEIDI   )
   MILLER,                          )
12                                  )
       Plaintiffs,                  )
13                                  ) STIPULATION AND ORDER
       vs.                          )
14                                  )
   COUNTY OF FRESNO; CITY OF        )
15 FRESNO; SHERIFF RICHARD PIERCE;  )
   CHIEF EDWARD WINCHESTER;         )
16 DEPUTY JOHN AVILA; LT. HAGLER;   )
   DEPUTY McANDREWS; DEPUTY         )
17 RICHARD KO; BUREAU OF ALCOHOL    )
   TOBACCO & FIREARMS, AGENT GARY   )
18 MAYFIELD, AND DOES 1 THROUGH 50, )
   INCLUSIVE,                       )
19                                  )
       Defendants.                  )
20 _____)

21     IT IS HEREBY STIPULATED by and between the parties, through their respective counsel,

22 that the hearing on defendants' MOTION TO DISMISS will be continued from October 15,

23 2001 to October 29, 2001 at 10:00 a.m. in Department 2.

24     Further, the parties have agreed to continue the Scheduling Conference from October

25 5, 2001 to November 30, 2001. at 8:45 a.m. in Courtroom Two.

26 ///

27 ///

28 ///

1

Defendants' Notice of Motion To Dismiss Second Amended Complaint

| | |
|---|---|
| DATED: _____ | LAW OFFICES OF KATE WELLS |
| | By: _____<br>KATE WELLS<br>Attorney for Plaintiffs MICHAEL WAYNE GOLDEN, JACOB GOLDEN, JESSICA GOLDEN & HEIDI MILLER |
| DATED: September 24, 2001 | WEAKLEY & RATLIFF, LLP<br><br>By: _/s/ James J. Arendt_<br>JAMES J. ARENDT<br>Attorneys for Defendants, COUNTY OF FRESNO, SHERIFF RICHARD PIERCE, ROBERT L. HAGLER, JR.; RICHARD KO; BRET P. McANDREWS; JOHN A. AVILA |
| DATED: _____ | OFFICE OF THE CITY ATTORNEY<br><br>By: _____<br>HILDA CANTU MONTOY<br>Attorney for Defendant CITY OF FRESNO |
| DATED: _____ | U.S. DEPARTMENT OF JUSTICE<br><br>By: _____<br>DAVID MORGAN FROST<br>Attorney for Defendant BUREAU OF ALCOHOL, TOBACCO & FIREARMS and AGENT GARY MAYFIELD |

**ORDER**

IT IS HEREBY ORDERED.
DATED: 10-9-01

By: _/s/ Oliver W. Wanger_
Honorable OLIVER W. WANGER
United States District Court Judge

2

Defendants' Notice of Motion To Dismiss Second Amended Complaint

| | |
|---|---|
| 1  DATED: 9/24/01 | LAW OFFICES OF KATE WELLS |
| 2 | |
| 3 | By: /s/ Kate Wells |
| 4 | KATE WELLS<br>Attorney for Plaintiffs MICHAEL WAYNE |
| 5 | GOLDEN, JACOB GOLDEN, JESSICA<br>GOLDEN & HEIDI MILLER |
| 6 | |
| 7  DATED: September 24, 2001 | WEAKLEY & RATLIFF, LLP |
| 8 | |
| 9 | By: /s/ James J. Arendt |
| 10 | JAMES J. ARENDT<br>Attorneys for Defendants, COUNTY OF |
| 11 | FRESNO, SHERIFF RICHARD PIERCE,<br>ROBERT L. HAGLER, JR.; RICHARD<br>KO; BRET P. McANDREWS; JOHN A. |
| 12 | AVILA |
| 13 | |
| 14  DATED: _____ | OFFICE OF THE CITY ATTORNEY |
| 15 | By: |
| 16 | HILDA CANTU MONTOY<br>Attorney for Defendant CITY OF FRESNO |
| 17 | |
| 18  DATED: _____ | U.S. DEPARTMENT OF JUSTICE |
| 19 | By: |
| 20 | DAVID MORGAN FROST<br>Attorney for Defendant BUREAU OF |
| 21 | ALCOHOL, TOBACCO & FIREARMS and<br>AGENT GARY MAYFIELD |
| 22 | |
| 23 | **ORDER** |
| 24  IT IS HEREBY ORDERED. | |
| 25  DATED: _____ | By: |
| 26 | Honorable OLIVER W. WANGER<br>United States District Court Judge |
| 27 | |
| 28 | |

2

**ORIGINAL**

Defendants' Notice of Motion To Dismiss Second Amended Complaint

| | |
|---|---|
| 1 DATED: _____ | LAW OFFICES OF KATE WELLS |
| 2 | |
| 3 | By: _____ |
| 4 | KATE WELLS<br>Attorney for Plaintiffs MICHAEL WAYNE GOLDEN, JACOB GOLDEN, JESSICA GOLDEN & HEIDI MILLER |
| 6 | |
| 7 DATED: September 24, 2001 | WEAKLEY & RATLIFF, LLP |
| 8 | By: _____ |
| 9 | JAMES J. ARENDT,<br>Attorneys for Defendants, COUNTY OF FRESNO, SHERIFF RICHARD PIERCE, ROBERT L. HAGLER, JR.; RICHARD KO; BRET P. McANDREWS; JOHN A. AVILA |
| 13 DATED: 9/25/01 | OFFICE OF THE CITY ATTORNEY |
| 14 | By: _____ |
| 15 | HILDA CANTU MONTOY<br>Attorney for Defendant CITY OF FRESNO |
| 17 DATED: _____ | U.S. DEPARTMENT OF JUSTICE |
| 19 | By: _____<br>DAVID MORGAN FROST<br>Attorney for Defendant BUREAU OF ALCOHOL, TOBACCO & FIREARMS and AGENT GARY MAYFIELD |

**ORDER**

IT IS HEREBY ORDERED.

DATED: _____     By: _____
Honorable OLIVER W. WANGER
United States District Court Judge

**ORIGINAL**

2

Defendants' Notice of Motion To Dismiss Second Amended Complaint

| | |
|---|---|
| DATED: _____ | LAW OFFICES OF KATE WELLS |
| | By: _____<br>KATE WELLS<br>Attorney for Plaintiffs MICHAEL WAYNE GOLDEN, JACOB GOLDEN, JESSICA GOLDEN & HEIDI MILLER |
| DATED: September 24, 2001 | WEAKLEY & RATLIFF, LLP<br><br>By: _____<br>JAMES J. ARENDT<br>Attorneys for Defendants, COUNTY OF FRESNO, SHERIFF RICHARD PIERCE, ROBERT L. HAGLER, JR.; RICHARD KO; BRET P. McANDREWS; JOHN A. AVILA |
| DATED: _____ | OFFICE OF THE CITY ATTORNEY<br><br>By: _____<br>HILDA CANTU MONTOY<br>Attorney for Defendant CITY OF FRESNO |
| DATED: _____ | U.S. DEPARTMENT OF JUSTICE<br><br>By: _____<br>DAVID MORGAN FROST<br>Attorney for Defendant BUREAU OF ALCOHOL, TOBACCO & FIREARMS and AGENT GARY MAYFIELD |

**ORDER**

IT IS HEREBY ORDERED.

DATED: _____     By: _____
                                Honorable OLIVER W. WANGER
                                United States District Court Judge

**ORIGINAL**

2

Defendants' Notice of Motion To Dismiss Second Amended Complaint

TOTAL P.03

```
              United States District Court
                         for the
                Eastern District of California
                      October 11, 2001


            * * CERTIFICATE OF SERVICE * *


                                   1:00-cv-07173


    Golden

        v.

    Fresno County
```

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on October 11, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
                     OWW DLB
    Kate Wells
    Law Offices of Kate Wells
    2600 Fresno Street
    Santa Cruz, CA   95062

    James J Arendt
    Weakley and Ratliff
    1630 E Shaw Ave
    Suite 176
    Fresno, CA   93710

    James Darvin Weakley
    Weakley and Ratliff
    1630 E Shaw Ave
    Suite 176
    Fresno, CA   93710

    Harvie Ruth Schnitzer
    City of Fresno
    2600 Fresno Street
    Fresno, CA   93721-3602

    Hilda Cantu Montoy
    Fresno City Attorney's Office
    2600 Fresno Street
    Fresno, CA   93721-3602
```

David Morgan Frost
US Department of Justice
P O Box 7146
Washington, DC  20044-7146

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk