LODGED

JAN 14 2002

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

FILED

2002 JAN 15 P 3: 34

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL WAYNE GOLDEN, JACOB )
GOLDEN, JESSICA GOLDEN AND )
HEIDI MILLER )
         Plaintiffs, )
          )
         v. )
          )
COUNTY OF FRESNO, *et al.*, )
          )
         Defendants. )

Case No. CIV F-007173 OWW DLB

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41, Federal Rules of Civil Procedure, Plaintiffs hereby dismiss with prejudice all claims against Defendant Gary Mayfield. By stipulation of the parties, such dismissal is to be with prejudice, each party to bear its own costs.

_____  1/9/02
Kate Wells                 Date
Attorney for Plaintiffs Michael,
Jacob and Jessica Golden and Heidi
Miller

_____  12/10/01
David M. Frost            Date
Attorney for Defendant
Gary Mayfield



## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WAYNE GOLDEN, JACOB GOLDEN, JESSICA GOLDEN AND HEIDI MILLER<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF FRESNO, *et al.*,<br><br>　　　　Defendants. | Case No. CIV F-007173 OWW DLB<br><br>[Proposed] **ORDER** |

The Court has considered the stipulation of dismissal submitted pursuant to Rule 41 of the Federal Rules of Civil Procedure by the Plaintiffs and by Defendant Gary Mayfield. Based on that stipulation, it is hereby ORDERED that all of the Plaintiffs' claims against Defendant Gary Mayfield are hereby DISMISSED with prejudice and with each party to bear its own costs. Plaintiffs' claims against the other Defendants in this action are unaffected by this Order.

So Ordered, this 15th day of January, 2002.

_____
Oliver W. Wanger
United States District Judge

United States District Court
for the
Eastern District of California
January 16, 2002

* * CERTIFICATE OF SERVICE * *

1:00-cv-07173

Golden

v.

Fresno County

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  January 16, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Kate Wells
Law Offices of Kate Wells
2600 Fresno Street
Santa Cruz, CA   95062

James J Arendt
Weakley and Ratliff
1630 E Shaw Ave
Suite 176
Fresno, CA   93710

James Darvin Weakley
Weakley and Ratliff
1630 E Shaw Ave
Suite 176
Fresno, CA   93710

Harvie Ruth Schnitzer
City of Fresno
2600 Fresno Street
Fresno, CA   93721-3602

Hilda Cantu Montoy
Fresno City Attorney's Office
2600 Fresno Street
Fresno, CA   93721-3602

OWW DLB

David Morgan Frost
US Department of Justice
P O Box 7146
Washington, DC  20044-7146

 

Jack L. Wagner, Clerk

BY: _____
     Deputy Clerk