James D. Weakley, Esq.   Bar No. 082853
James J. Arendt, Esq.     Bar No. 142937
THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, COUNTY OF FRESNO, SHERIFF RICHARD PIERCE, ROBERT L. HAGLER, JR.; RICHARD KO; BRET P. McANDREWS; JOHN A. AVILA

**LODGED**
AUG 2 5 2004
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

FILED
2004 SEP -2 P 3:
CLERK, US DIST COURT
EASTERN DIST OF CALI
AT FRESNO
BY_____
      DEPUTY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WAYNE GOLDEN, JACOB GOLDEN, JESSICA GOLDEN & HEIDI MILLER,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF FRESNO; RICHARD PIERCE; ROBERT HAGLER, RICHARD KO, BRETT McANDREWS, JOHN AVILA<br><br>Defendants. | CASE NO. CIV F-00-7173 OWW SMS<br><br>**PARTIAL JUDGMENT [PROPOSED]** |

Defendant RICHARD PIERCE's motion for summary judgment, or in the alternative, summary adjudication, came on for hearing before the Honorable Oliver W. Wanger, on February 9, 2004, and February 23, 2004. The evidence presented having been fully considered, the issues having been duly heard and a decision having been fully rendered,

IT IS ORDERED AND ADJUDGED as follows:

(1)   Defendant RICHARD PIERCE's motion for summary adjudication is granted as to plaintiffs' official capacity claims;

(2) Defendant RICHARD PIERCE's motion for summary adjudication is denied as to the individual retaliation claim for allegedly instituting the search and seizure without probable cause in violation of the First, Fourth, and Fourteenth Amendments; and

(3) Defendant RICHARD PIERCE's motion for summary adjudication is granted as to the individual capacity claims for failure to have adequate search and seizure policies and failure to train.

IT IS ORDERED AND ADJUDGED that plaintiffs take nothing, that the action be dismissed on the merits ~~and that defendant RICHARD PIERCE recover costs as to those claims for which defendant RICHARD PIERCE's motion was granted~~..

DATED: 9-2-04

_____
Honorable Oliver W. Wanger
United States District Court Judge

*GOLDEN, et al. v. COUNTY OF FRESNO, et al.*
CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am employed in the County of Fresno, State of California, over the age of eighteen years and not a party to the within action; my business address is 1630 East Shaw Avenue, Suite 176, Fresno, California 93710.

On the date set forth below, I placed in a sealed envelope and served a true copy of the within

**PARTIAL JUDGMENT**
**[PROPOSED]**

addressed as follows:

M. Jeffrey Kallis, Esq.
The Law Firm of Kallis & Associates
80 North First Street
San Jose, CA 95113
    TEL:  (408) 971-4655
    FAX:  (408) 287-3299

Attorney for Plaintiffs, MICHAEL WAYNE GOLDEN, JACOB GOLDEN, JESSICA GOLDEN and HEIDI MILLER

☒ BY MAIL I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited in the ordinary course of business.

I caused each envelope, with postage fully prepaid, to be placed in the United States mail, at Fresno, California.

☐ BY HAND I hand delivered each envelope from the office listed above.

☐ BY FACSIMILE    I served the above-mentioned document from Facsimile Machine No.: (559) 221-5262 to the interested parties at the facsimile numbers listed above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct, and that this proof of service was executed at Fresno, California, on August 25, 2004.

_____
Monica Garza

rcf

United States District Court
for the
Eastern District of California
September 7, 2004

* * CERTIFICATE OF SERVICE * *

1:00-cv-07173

Golden

v.

Fresno County

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on September 7, 2004, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

M Jeffery Kallis                                OWW SMS
The Law Firm of Kallis and Associates
80 North First Street
San Jose, CA  95113

James J Arendt
The Law Firm of Weakley Ratliff Arendt and McGuire LLP
1630 East Shaw Avenue
Suite 176
Fresno, CA  93710

James Darvin Weakley
The Law Firm of Weakley Ratliff Arendt and McGuire LLP
1630 East Shaw Avenue
Suite 176
Fresno, CA  93710

Harvie Ruth Schreiber
City of Fresno
2600 Fresno Street
Fresno, CA  93721-3602