1  HILDA CANTÚ MONTOY, City Attorney
   CITY OF FRESNO
2  By: Michael P. Slater, Assistant (150583)
   2600 Fresno Street
3  Fresno, California 93721-3602
   Telephone: (559) 621-7500
4  Facsimile: (559) 488-1084

5  Attorneys for Defendant CHIEF EDWARD WINCHESTER

**FILED**
2004 OCT 29 P 1:51
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
DEPUTY

**LODGED**
OCT 20 2004
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WAYNE GOLDEN, JACOB GOLDEN, JESSICA GOLDEN & HEIDI MILLER,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF FRESNO; CITY OF FRESNO; SHERIFF RICHARD PIERCE; CHIEF EDWARD WINCHESTER; DEPUTY JOHN AVILA; LT. HAGLER; DEPUTY McANDREWS; DEPUTY RICHARD KO; BUREAU OF ALCOHOL, TOBACCO & FIREARMS; AGENT GARY MAYFIELD; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: CIV-F-00 7173 OWW SMS<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT CHIEF EDWARD WINCHESTER** |

IT IS HEREBY STIPULATED between the parties through their attorneys of record that Defendant CHIEF EDWARD WINCHESTER be dismissed with prejudice from this lawsuit.

DATED: October 20, 2004.

HILDA CANTÚ MONTOY
City Attorney

By: _____
MICHAEL P. SLATER
Assistant City Attorney
Attorneys for Defendant
CHIEF EDWARD WINCHESTER

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: October ___, 2004. | By:_____<br>Jeffrey Kallis<br>Attorney for Plaintiffs |
| 3 | | |
| 4 | | |
| 5 | DATED: October ___, 2004. | By:_____<br>James Arendt<br>Attorney for Defendants<br>County of Fresno |

**ORDER**

IT IS HEREBY ORDERED.

DATED: 10-27-_____, 2004.

_____
OLIVER W. WANGER
Judge of the United States District Court
Eastern District of California

MPS:jl/cs;30647jl/mps

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: October 20, 2004. | By: /s/ Jeffrey Kallis |
| 3 | | Jeffrey Kallis<br>Attorney for Plaintiffs |
| 4 | | |
| 5 | DATED: October ___, 2004. | By: _____ |
| 6 | | James Arendt<br>Attorney for Defendants<br>County of Fresno |
| 7 | | |
| 8 | | **ORDER** |
| 9 | IT IS HEREBY ORDERED. | |
| 10 | | |
| 11 | DATED: _____, 2004. | _____<br>OLIVER W. WANGER |
| 12 | | Judge of the United States District Court<br>Eastern District of California |
| 13 | | |
| 14 | MPS:jl/cs;30647jl/mps | |

|   |   |   |
|---|---|---|
| 1 | DATED: August ___, 2004. | By: _____ |
| 2 |  | Jeffrey Kallis |
| 3 |  | Attorney for Plaintiffs |
| 4 | DATED: ~~August~~ Oct. 20, 2004. | By: _____ |
| 5 |  | James Arendt |
| 6 |  | Attorney for Defendants County of Fresno |

**ORDER**

IT IS HEREBY ORDERED.

DATED: _____, 2004.

_____
OLIVER W. WANGER
Judge of the United States District Court
Eastern District of California

MPS:jl/ca;30647jl/mps

United States District Court
for the
Eastern District of California
November 1, 2004

* * CERTIFICATE OF SERVICE * *

1:00-cv-07173

Golden

v.

Fresno County

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  November 1, 2004, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

OWW SMS

Kate Wells
Law Offices of Kate Wells
2600 Fresno Street
Santa Cruz, CA   95062

M Jeffery Kallis
The Law Firm of Kallis and Associates
80 North First Street
San Jose, CA   95113

James J Arendt
The Law Firm of Weakley Ratliff Arendt and McGuire LLP
1630 East Shaw Avenue
Suite 176
Fresno, CA   93710

James Darvin Weakley
The Law Firm of Weakley Ratliff Arendt and McGuire LLP
1630 East Shaw Avenue
Suite 176
Fresno, CA   93710

Harvie Ruth Schreiber
City of Fresno
2600 Fresno Street
Fresno, CA   93721-3602

Hilda Cantu Montoy
Fresno City Attorney's Office
2600 Fresno Street
Fresno, CA  93721-3602

David Morgan Frost
US Department of Justice
P O Box 7146
Washington, DC  20044-7146

Jack L. Wagner, Clerk

BY: _____
       Deputy Clerk