```
M. Jeffery Kallis SBN 190028
The Law Firm of Kallis & Associates
80 North First Street
San Jose CA 95113
Telephone:  408-971-4655
Facsimile 408-287-3299 fax

Phyllis E. Andelin (SBN  60430)
The Law Office of Phyllis E Andelin
4000 Bridgeway, Suite 103
Sausalito California  94965
Telephone 415 332-2602
Facsimile   415 332-2657

Attorneys for Plaintiffs
```

FILED
2004 NOV -9 P 3:06
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
BY_____ DEPUTY

LODGED
OCT 2 5 2004
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Michael Golden**, an individual; **Jacob Golden**, an individual and minor child; **Jessica Golden**, an individual and minor child; **Heidi Miller**, an individual;<br>       Plaintiffs,<br>   vs.<br><br>**The County of Fresno**, **Sheriff Richard Pierce**, both as an individual and as Chief Law enforcement officer for the Fresno County Sheriff's Office; **Deputy Sheriff John Avila**, both as an individual and as an agent of the Fresno County Sheriff's Office; **Deputy Sheriff Richard Ko**, both as an individual and as an agent of the Fresno County Sheriff's Office; **Deputy Sheriff Lt. Hagler**, both as an individual and as an agent and supervisor of the Fresno County Sheriff's Office; **Deputy Sheriff McAndrews**, both as an individual and as an agent of the Fresno County Sheriff's Office; **Unknown Deputy** | Case No.: F-00-7173 OWW SMS<br><br>[PROPOSED] ORDER ON PLAINTIFFS' MOTIONS *IN LIMINE*<br><br>Trial Date:   October 26, 2004 |

[PROPOSED] ORDER ON PLAINTIFFS' MOTIONS *IN LIMINE*

**Sheriffs**, both asn individuals and as an agents of the Fresno County Sheriff's Office herein sued as **Does 1 through Does 10**;
and,
**Does 11 through Does 50**, inclusive,

        Defendants
_____)

    The parties' Motions *In Limine* were heard on October  and 19, 2004.  Upon consideration of the parties' papers and argument, and for good cause shown, it is hereby ordered as to the plaintiffs' motions:

    1(a).    Plaintiffs' motion to exclude evidence of any acts of plaintiff Michael Golden prior to December 29, 1999 is granted <u>unless</u> such acts were known to the defendant officers prior to their application for a search warrant <u>and</u> were the basis of information provided to obtain a search warrant of Mr. Golden's residence, or were the factual basis of the execution of the warrant on December 29, 2004.  This order precludes any reference by the defendants of any prior child support issues and workers compensation issues.

    1(b).    Plaintiffs' motion to exclude evidence relating to any investigation of Michael Golden by the defendants after December 29, 1999, and the results of any such investigation after December 29, 1999, is granted, <u>unless</u> plaintiffs open the door and makes such investigations relevant.

    1(c).    Plaintiffs' motion to exclude evidence relating to plaintiff Michael Golden's character is granted unless plaintiffs raise such issues.  This order precludes any

1  reference by the defendants of any prior child support issues or
2  workers compensation issues.
3      2.   Plaintiffs' motion to exclude evidence relating to the
4  filing or non-filing of tax returns by, and the financial status of,
5  plaintiff Michael Golden, is granted.
6      3.   Plaintiffs' motion to exclude evidence relating to any
7  child support obligations of plaintiff Michael Golden, is
8  granted, unless Plaintiff opens the door.
9      4.   Plaintiffs' motion to exclude evidence relating to
10 workers compensation claims filed by plaintiff Michael Golden
11 prior to December 29, 1999 is granted, unless plaintiff opens the door.
12     5.   Plaintiffs' motion to exclude evidence relating to
13 plaintiff Michael Golden's political beliefs or the expression
14 of those political beliefs is granted <u>except</u> as to statements
15 made to defendant officers on December 29, 1999 prior to their
16 application for a search warrant for Mr. Golden's residence as as
   they may bear on the defendants' evaluation of what means will be
17     6.   Plaintiffs' motion to exclude evidence relating to the   required
18 December 1999 bunker theft is denied.
19     7.   Plaintiffs' motion to exclude the opinion testimony of
20 defendants' expert Sullivan due to refusal to provide manuals
21 used in scoring and evaluation is denied.  All opinion testimony
22 offered by any party is limited to the contents of the Rule 26
23 report and deposition testimony.
24     8.   Plaintiffs' motion to exclude use of documents not
25 disclosed during discovery is granted and made mutual.
26     9.   Plaintiffs' motion to preclude legal opinions from
27 experts is granted and made mutual.
28

[PROPOSED] ORDER ON PLAINTIFFS' MOTIONS *IN LIMINE*

10. Plaintiffs' motion to preclude opinion testimony on medical or psychological conditions not based on first hand examination is denied. All opinion testimony offered by any party is limited to the contents of the Rule 26 report *and deposition test*.

11. Plaintiffs' motion to limit use of the "Radio Detective" audio tape is granted. The tape may be played and limited to two minutes before the interchange with Michael Golden and the interchange itself.

12. Plaintiffs' motion for a jury instruction allowing the jury to draw a negative inference from defendants' failure to produce the Fresno Sheriff's Office Internal Affairs file as ordered by Magistrate Judge Snyder is ~~granted~~ DENIED, subject to defense counsel's production of a file-endorsed copy of the ordered privilege log.

13. Plaintiffs' motion to preclude use of the "Crimestoppers" Tip Sheet is granted. The contents of the document may come into evidence upon a proper foundation.

14. Plaintiffs' motion to exclude any *written* training materials used by the Fresno County Sheriff's office other than the two manuals produced *in discovery* by the defendants (Criminal Investigation Manual and California Police Officers Sourcebook), is granted.

Dated: ~~October~~ *November* 3, 2004

_____
Honorable Oliver W. Wanger

Approved as to Form:

_____

```
                  United States District Court
                             for the
                  Eastern District of California
                        November 10, 2004


              * * CERTIFICATE OF SERVICE * *


                                    1:00-cv-07173


    Golden

         v.

    Fresno County


    _____


I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  November 10, 2004, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


         M Jeffery Kallis                          OWW SMS
         The Law Firm of Kallis and Associates
         80 North First Street
         San Jose, CA   95113

         James J Arendt
         The Law Firm of Weakley Ratliff Arendt and McGuire LLP
         1630 East Shaw Avenue
         Suite 176
         Fresno, CA   93710



                                       Jack L. Wagner, Clerk

                                       BY: _____
                                           Deputy Clerk
```