**FILED**
**JUDGMENT ENTERED**

11/12/04

by _____
Deputy Clerk

U.S. District Court
Eastern District of California

_____ **FILE CLOSED**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL GOLDEN, an individual;
JACOB GOLDEN, a minor child
through his guardian ad litem
JESSICA GOLDEN, a minor child
through her guardian ad litem;
HEIDI MILLER, an individual,

   Plaintiff,

vs.

CITY OF FRESNO, et al.,

   Defendant.
_____/

**JUDGMENT IN A CIVIL ACTION**

CV-F-00-7173 OWW SMS

   JURY VERDICT: This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

   IT IS HEREBY ORDERED AND ADJUDGED that the case is dismissed *with prejudice* as to the County of Fresno and Sheriff Richard Pierce.

Judgment is entered in favor of the defendants Robert Hagler, Rick Ko, John Avila and Brett McAndrews and against the plaintiffs Michael Golden, Jacob Golden, Jessica Golden and Heidi Miller.

DATED: 11/12/04

            JACK L. WAGNER, Clerk

            By: _____
               Deputy Clerk

gm.civ
2/1/95

```
                United States District Court
                          for the
                 Eastern District of California
                      November 12, 2004
```

```
               * * CERTIFICATE OF SERVICE * *
                     Entry on Civil Docket
```

                                                 1:00-cv-07173

Golden

   v.

Fresno County

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on November 12, 2004,  I SERVED and ENTERED on the civil docket a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the office of the Clerk, or, pursuant to prior authorization by counsel, via facsimile.

```
      M Jeffery Kallis                              OWW SMS
      The Law Firm of Kallis and Associates
      80 North First Street
      San Jose, CA   95113

      James J Arendt
      The Law Firm of Weakley Ratliff Arendt and McGuire LLP
      1630 East Shaw Avenue
      Suite 176
      Fresno, CA   93710

      James Darvin Weakley
      The Law Firm of Weakley Ratliff Arendt and McGuire LLP
      1630 East Shaw Avenue
      Suite 176
      Fresno, CA   93710
```

```
                              Jack L. Wagner, Clerk

                          BY: /s/
                              Deputy Clerk
```