AO 133   (Rev. 9/89) Bill of Costs

# UNITED ST~~FILED~~    ~T

FEB - 1 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY: _____
DEPUTY CLERK

EASTERN _____   ___ORNIA

MICHAEL WAYNE GOLDEN, ET. AL.
       vs.
COUNTY OF FRESNO, ET. AL.

_LL OF COSTS

_IV F-00-7173 OWW DLB

Judgment having been entered in the above entitled action on December ___, 2004 against PLAINTIFFS ,
the Clerk is requested to tax the following as costs:
                                                  Date

| Item | Amount |
|---|---|
| Fees of the Clerk | $ -0- |
| Fees for service of ~~summons and~~ subpoena ..... SEE EXHIBIT "A" | ~~429.93~~ 234.25 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case SEE EXHIBIT "B" | ~~5,046.25~~ N/A |
| Fees and disbursements for printing | -0- |
| Fees for witnesses      (included in Ex. F) | -0- |
| Fees for exemplification and copies of papers necessarily obtained for use in the case SEE EXHIBIT "C" | ~~2,426.01~~ 2025.10 |
| Docket fees under 28 U.S.C. 1923 | -0- |
| Costs as shown on Mandate of Court of Appeals | -0- |
| Compensation of court-appointed experts | -0- |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | -0- |
| Other costs (please itemize) .......... SEE EXHIBITS D - F | 8,006.95 |

D — 7,256.35
E — -0-
F — 750.60

                              TOTAL   $ ~~17,332.96~~
                                       10,266.30

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

Signature of Attorney: _____

Name of Attorney:   JAMES J. ARENDT

For: Defendants CO. OF FRESNO, ET. AL.   Date: 11/22/04
           Name of Claiming Party

Costs are taxed in the amount of   $ 10,266.30   and included in the judgment.

JACK L. WAGNER   By: _____   2/1/05
Clerk of Court       Deputy Clerk       Date

1    James D. Weakley  (#082853)
     James J. Arendt (#142937)
2    THE LAW OFFICES OF
     WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP
3    1630 East Shaw Avenue, Suite 176
     Fresno, California  93710
4    Telephone:  (559) 221-5256
     Facsimile:  (559) 221-5262

5

6    Attorneys for Defendants, COUNTY OF FRESNO, SHERIFF RICHARD PIERCE,
     ROBERT L. HAGLER, JR.; RICHARD KO; BRET P. McANDREWS; JOHN A. AVILA

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   MICHAEL WAYNE GOLDEN, JACOB GOLDEN, JESSICA GOLDEN & HEIDI MILLER, | )   CASE NO.  CIV F-00-7173 OWW DLB |
| 12 | ) |
| | )   **ITEMIZATION AND DOCUMENTATION** |
| 13       Plaintiffs, | )   **IN SUPPORT OF BILL OF COSTS** |
| | ) |
| 14       vs. | ) |
| | ) |
| 15   COUNTY OF FRESNO; et. al., | ) |
| | ) |
| 16       Defendants. | ) |
| 17 | ) |

18   **EXHIBIT A -**       **FEES FOR SERVICE OF SUBPOENAS**

| | | | |
|---|---|---|---|
| Appleby & Co. | Service of subpoena - deposition 06/28/02 | Wm. McPike | $ ~~98.90~~ 47.50 |
| Appleby & Co. | Service of subpoena - deposition 12/11/03 | Leslie Nunez | ~~52.50~~ 47.50 |
| Appleby & Co. | Service of subpoena - trial | Leslie Nunez | 79.25 ~~109.25~~ |
| Appleby & Co. | Service of subpoena - trial | Wm. McPike | 60.00 ~~169.28~~ |
| | **SUBTOTAL:** | | **$ 429.93** |

25   ///                                        234.25

26   ///

27   ///

28   ///

Bill of Costs

**EXHIBIT B -**          **COURT REPORTING FEES**

| | | |
|---|---|---|
| Karen L. Lopez | 10/19/04 | $ 288.20 |
| Peggy Crawford, CSR | 10/19/04 | 2,400.00 |
| Peggy Crawford, CSR | 11/08/04 | 2,287.05 |
| Peggy Crawford, CSR | 11/09/04 | 71.00 |
| | **SUBTOTAL** | **$ 5,046.25** N/A |

**EXHIBIT C -**          **REPRODUCTION CHARGES**

| | | | |
|---|---|---|---|
| Print Shack | 07/01/02 | copies of records | $ 111.87 |
| Print Shack | 07/17/01 | copies of photos | 60/73 |
| Print Shack | 08/19/02 | copies of photos for discovery | 60/87 |
| Print Shack | 02/12/03 | copies of records for discovery | 169.04 |
| Print Shack | 10/08/04 | trial preparation | 18.66 |
| Print Shack | 10/08/04 | trial preparation | 15.20 |
| Print Shack | 10/12/04 | trial exhibits | 65.16 |
| Christiansen & Howell | 10/19/04 | Cert. copy of Golden dep - Golden v. Clovis | 88.60 |
| Fotech | 10/22/04 | trial exhibits | 25.83 |
| Print Shack | 10/22/94 | trial exhibits | 171.00 |
| Print Shack | 10/22/04 | trial exhibits | 323.63 |
| Print Shack | 10/22/04 | trial exhibits | 192.15 |
| Fotech | 10/25/04 | trial exhibits | 25.83 |
| Print Shack | 10/25/04 | trial exhibits | 466.67 |
| Print Shack | 10/25/04 | trial exhibits | 128.10 |
| Print Shack | 10/26/04 | trial exhibits | 210.72 |
| Print Shack | 10/26/04 | trial exhibits | 293.55 |
| | | **SUBTOTAL** | **$ 2,426.01** 2,025.10 |

///

2

1

# EXHIBIT D -       COSTS OF TAKING AND TRANSCRIBING
##                       NECESSARY DEPOSITIONS:

2

| Provider | Date | Deponent | Cost | |
|---|---|---|---|---|
| Eggebraaten, CSR | 07/18/01 | Heidi Miller (Vol. 1) | 121.85 | oư |
| Central Valley Reporters | 05/28/03 | Michael Wayne Golden (Vols 1 & II) Jacob & Jessica Golden | ~~1,512.85~~ | 1,442.35 |
| Emerick & Finch | 05/29/03 | Deputy Brett McAndrews | ~~236.69~~ | 226.60 |
| Emerick & Finch | 06/24/03 | Gary Mayfield Jim Kerns Robt. Hagler | ~~539.20~~ | 529.20 |
| Central Valley Reporters | 09/05/03 | Heidi Miller (Vol. 2) Wm. McPike Andrew John Hall | ~~630.15~~ | 565.65 |
| Emerick & Finch | 09/24/03 | Robt. Hagler (Vol 2) John Avila | ~~349.60~~ | 339.60 |
| Emerick & Finch | 09/25/03 | Richard Hill Richard Ko | ~~468.00~~ | 458.00 |
| Emerick & Finch | 10/29/03 | Richard Ko (Vol 2) | ~~296.80~~ | 286.80 |
| Emerick & Finch | 10/29/03 | Mark Rodriques Matthew Bishop | ~~150.00~~ | |
| Emerick & Finch | 09/24/03 | Joseph Blohm | ~~173.40~~ | 163.40 |
| Eggebraaten, CSR | 12/12/03 | Michael Golden | 552.50 | 425.00 |
| Emerick & Finch | 12/12/03 | Richard Ko (Vol 3) Scott Jones | ~~526.60~~ | 511.60 |
| Central Valley | 12/17/03 | Richard Pierce | ~~120.64~~ | 68.40 |
| Central Valley | 12/17/03 | Lesley Nunez | ~~358.85~~ | 301.85 |
| Precise Reporting Service | 01/23/04 | Thomas Walton | ~~841.70~~ | 576.70 |
| Atkinson-Baker | 02/12/04 | Kathy Sullivan | 446.25 | oư |
| Advantage Reporting | 02/13/04 | Ronnie Sue Leith | ~~774.00~~ | 559.00 |
| Atkinson-Baker | 02/23/04 | Jose Callanan | 234.10 | oư |
| | | **SUBTOTAL:** | **$ 7,491.48** | 7,256.35 |

3

**EXHIBIT E -**                              **NECESSARY RECORDS PURSUANT TO SUBPOENA:**

| | | | | |
|---|---|---|---|---|
| Action Legal Supposrt | Marvin Matlock, M.D. | 07/03/01 | Michael Golden | $ 19.27 |
| Action Legal Support | Wal-Mart Pharmacy | 07/03/01 | Michael Golden | 15.50 |
| Action Legal Support | Dr. Bhatia | 07/03/01 | Michael Golden | 35.84 |
| Action Legal Support | Palm Medical Group | 07/16/01 | Michael Golden | 88.85 |
| Action Legal Support | Rite Aid Pharmacy | 07/17/01 | Michael Golden | 16.63 |
| Appleby & Co. | Fresno Unified School District | 03/18/02 | Jacob Golden, plaintiff | 75.05 |
| Appleby & Co. | Fresno Unified School District | 03/18/02 | Jessica Golden, plaintiff | 96.56 |
| Appleby & Co. | Children's Hospital | 04/22/03 | Jessica Golden | 180.44 |
| Appleby & Co. | Children's Hospital | 04/22/03 | Jacob Golden | 110.05 |
| Appleby & Co. | Fresno Neurological Med. Group | 04/30/03 | Michael Golden, Plaintiff | 65.25 |
| Appleby & Co. | Children's Hospital (billing records) | 04/30/03 | Jacob Golden | 18.80 |
| Appleby & Co. | Children's Hospital (billing records) | 04/30/03 | Jessica Golden | 23.17 |
| Appleby & Co. | Prem Singh, M.D. | 04/30/03 | Jessica Golden | 110.00 |
| Appleby & Co. | Prem Singh, M.D. | 04/30/03 | Jacob Golden | 96.89 |
| Appleby & Co. | Peachwood Medical Group | 06/11/03 | Jessica Golden | 104.29 |
| Appleby & Co. | Peachwood Medical Group | 06/12/03 | Jacob Golden | 82.10 |
| Appleby & Co. | Wm. McPike (photographs) | 06/28/02 | scene of incident | 50.00 |
| | | | **SUBTOTAL** | ~~$1,188.69~~ N/A |

///

///

4

Bill of Costs

**EXHIBIT F - OTHER COSTS**

| | | | |
|---|---|---|---|
| Witness Fee & Mileage | 12/17/03 | Leslie Nunez | 39.00 |
| Travel/lodging costs for witness | DOJ Travel Voucher & attachments | Gary Mayfield | 711.60 |
| | | **SUBTOTAL:** | **$ 750.60** |

OK

# TOTAL COSTS:          $      17,332.96

Bill of Costs