**ISSUED**

| ATTORNEY OR PARTY WITHOUT AN ATTORNEY *(Name and Address)*: <br> ☒ Recording requested by and return to: <br> County of Fresno, RRD <br> P.O. Box 226 <br> Fresno CA  93708-0226 <br> ☒ ATTORNEY FOR    ☒ JUDGMENT CREDITOR    ☐ ASSIGNEE OF RECORD | TELEPHONE NO: <br> (559) 488-3815 | FOR RECORDER'S USE ONLY |
|---|---|---|
| NAME OF COURT: **UNITED STATES DISTRICT COURT** <br> DIVISION/BRANCH: **EASTERN DISTRICT OF CALIFORNIA** <br> MAILING ADDRESS: **1130 O STREET., 5th Floor, Room 5000** <br> STREET ADDRESS: **same** <br> CITY AND ZIP CODE: **FRESNO CALIFORNIA 93721** | | |
| PLAINTIFF:  Michael Wayne Golden, ET. AL. <br><br> DEFENDANT:  County of Fresno, ET. AL. | | |

| ABSTRACT OF JUDGMENT | CASE NUMBER: <br> CV-F-00-7173 OWW SMS |
|---|---|

1. The ☒ judgment creditor ☐ assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

      ```
      Michael Wayne Golden
      36360 Peterson Rd.
      Auberry, CA 93602
      ```

   b. Driver's license No. and state: N0694302    ☐ Unknown
   c. Social Security No.: 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           ☐ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:

   e. ☐ Additional judgment debtors are shown on reverse.

Date:  **JUN 0 2 2005**

Rolein Hiatt, Chief Accountant
(TYPE OR PRINT NAME)                                  (SIGNATURE OF APPLICANT OR ATTORNEY)

2. a. ☒ I certify that the following is a true and correct abstract of the judgment entered in this action.
   b. ☐ A certified copy of the judgment is attached.
3. Judgment creditor *(name)*: County of Fresno
   whose address appears on this form above the court's name.
4. Judgment debtor *(full name as it appears in judgment)*:
   Michael Wayne Golden, ET. AL.

6. Total amount of judgment as entered or last renewed:
   $ 10,266.30
7. ☐ An ☐ execution ☐ attachment  lien
   is endorsed on the judgment as follows:
   a. Amount: $
   b. In favor of *(name and address)*:

[SEAL]

5. a. Judgment entered on
      *(date)*: 11/12/04
      Deree for cost: 2/1/05
   b. Renewal entered on
      *(date)*:
   c. Renewal entered on
      *(date)*:

8. A stay of enforcement has
   a. ☒ not been ordered by the court.
   b. ☐ been ordered by the court effective until
      *(date)*:
9.    ☐ This judgment is an installment judgment.

This abstract issued on
*(date)*  **JUN 1 7 2005**       Clerk, by  **W. HINMAN** _____, Deputy

Form Adopted by Rule 982
Judicial Council of California
982(a)(1) [Rev. January 1, 1991]

**ABSTRACT OF JUDGMENT**
(CIVIL)

Code of Civil Procedure, §§488.480,
674, 700.190